# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 25, 2021

SEAN F. MCAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Hammer, Anthony Ray | Docket No. | 0980 1:20CR02045-SAB-1 |

**Petition for Action on Conditions of Pretrial Release**

　　COMES NOW  Linda J. Leavitt, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Anthony Ray Hammer, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke, sitting in the court at Yakima, Washington, on the 23rd day of December 2020, under the following conditions:

<u>Special Condition #11</u>: Defendant shall participate in a program of alcohol monitoring. Defendant shall have with him at all times, an alcohol monitoring device under the supervision of United States Probation/Pretrial Services Office. Defendant shall use the device when instructed, up to six times per day. Defendant shall pay all or part of the cost of the program based upon ability to pay as determined by the United States Probation/Pretrial Services Office.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS**:

<u>Violation #2</u>: Mr. Hammer is alleged to be in violation of his pretrial release conditions by failing to submit to his portable Breathalyzer test as directed on January 24, 2021, during the 5 a.m. to 8 a.m. time frame.

Conditions of pretrial release were reviewed and signed by Mr. Hammer on December 23, 2020, acknowledging an understanding of his requirements to include special condition number 11.

On January 24, 2021, this officer received a report via email from Smart Start, the portable Breathalyzer testing program Mr. Hammer is under, advising he failed to submit to his required test as scheduled at 8 a.m. This officer made telephone contact with Mr. Hammer on January 25, 2021, asking why he did not submit to his test. Mr. Hammer  advised he knows he woke up and submitted his test. He stated he has been setting his cellular phone alarm so he wakes up on time to submit his tests. Mr. Hammer did not submit another test until 1:16 p.m. on January 24, 2021; which to his credit, was negative. To be noted, Mr. Hammer tested on January 23, 2021, at 10:36 p.m., he did not test again until January 24, 2021, at 1:16 p.m. leaving approximately 15 hours between tests.

　　PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE VIOLATION WITH THE PENDING PETITION BEFORE THE COURT

| | |
|---|---|
| | I declare under the penalty of perjury that the foregoing is true and correct. |
| | Executed on:　January 25, 2021 |
| by | s/Linda J. Leavitt |
| | Linda J. Leavitt<br>U.S. Pretrial Services Officer |

Re: Hammer, Anthony Ray
January 25, 2021
Page 2

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

1/25/2021
_____
Date