PS 8
(3/15)

# UNITED STATES DISTRICT COURT

for

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Feb 24, 2021

SEAN F. MCAVOY, CLERK

| U.S.A. vs. | Hammer, Anthony Ray | Docket No. | 0980 1:20CR02045-SAB-1 |
|---|---|---|---|

### Petition for Action on Conditions of Pretrial Release

COMES NOW  Linda J. Leavitt, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Anthony Ray Hammer, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke, sitting in the court at Yakima, Washington, on the 23rd day of December 2020, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS**:

Violation #1: Mr. Hammer is alleged to be in violation of his pretrial release conditions by consuming controlled substance, methamphetamine on February 20, 2021.

Conditions of pretrial release were reviewed and signed by Mr. Hammer on December 23, 2020, acknowledging an understanding of his requirements to include standard condition number 9.

On February 23, 2021, this officer was contacted via telephone by Mr. Hammer along with his chemical dependency treatment provider (CDP) at Merit Resource Services advising he had relapsed on Saturday, February 20, 2021. Mr. Hammer stated he has been "stressed" due to fighting with his girlfriend and admitted to using methamphetamine. Mr. Hammer also provided a random urine sample on February 23, 2021, which tested presumptive positive for methamphetamine. The sample was sent to Alere Toxiology laboratory for confirmation. As of the submission of this report, results are pending.

### PRAYING THAT THE COURT WILL ORDER A SUMMONS AT THIS TIME

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:     February 24, 2021

by     s/Linda J. Leavitt

Linda J. Leavitt
U.S. Pretrial Services Officer

PS-8

**Re: Hammer, Anthony Ray**
**February 24, 2021**
**Page 2**

THE COURT ORDERS

[  ]    No Action
[  ]    The Issuance of a Warrant
[X]    The Issuance of a Summons
[  ]    The incorporation of the violation(s) contained in this
        petition with the other violations pending before the
        Court.
[  ]    Defendant to appear before the Judge assigned to the
case.
[X]    Defendant to appear before the Magistrate Judge.
[  ]    Other



_____
Signature of Judicial Officer

2/24/2021
_____
Date