UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 03, 2021

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Hammer, Anthony Ray | Docket No. | 0980 1:20CR02045-SAB-1 |

**Petition for Action on Conditions of Pretrial Release**

    COMES NOW  Linda J. Leavitt, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Anthony Ray Hammer, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke, sitting in the court at Yakima, Washington, on the 23rd day of December 2020, under the following conditions:

**Special Condition #13 (ECF. 40):** Home Detention: Defendant shall be restricted to his/her residence at all times except for: attorney visits; court appearances; case-related matters; court-ordered obligations; or other activities as pre-approved by the pretrial services office or supervising officer, including but not limited to employment, religious services, medical necessities, substance abuse testing or treatment.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS**:

Violation #2: Mr. Hammer is alleged to be in violation of his pretrial release conditions by leaving his residence without permission on February 26, 2021.

Conditions of pretrial release were reviewed and signed by Mr. Hammer on December 23, 2020, acknowledging an understanding of his requirements to include special condition number 13.

On February 26, 2021, this officer was notified by Location Monitoring Specialist (LMS) Manning, that Mr. Hammer had left his residence at approximately 1:21 p.m. and was observed at the west end of his apartment complex, which was out of his inclusion zone. LMS Manning contacted Mr. Hammer via cellular telephone. Mr. Hammer advised he left his residence to go visit his brother. To be noted, Mr. Hammer's brother resides in the same apartment complex; however, Mr. Hammer's inclusion zone does not include the ability to go to his brother's apartment randomly. LMS Manning directed Mr. Hammer to return home immediately, which to his credit, he did.

    PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE VIOLATION WITH THE PENDING PETITION BEFORE THE COURT

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on:    March 3, 2021 |
| by | s/Linda J. Leavitt |
|  | Linda J. Leavitt<br>U.S. Pretrial Services Officer |

PS-8

Re: Hammer, Anthony Ray
March 3, 2021
Page 2

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[ ]    Other

*M. K. Dimke*

Signature of Judicial Officer

3/3/2021

Date