# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Mar 12, 2021**

SEAN F. MCAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Hammer, Anthony Ray | Docket No. | 0980 1:20CR02045-SAB-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Linda J. Leavitt, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Anthony Ray Hammer, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke, sitting in the court at Yakima, Washington, on the 23rd day of December 2020, under the following conditions:

<u>**Special Condition #13 (ECF. 40):**</u> Home Detention: Defendant shall be restricted to his/her residence at all times except for: attorney visits; court appearances; case-related matters; court-ordered obligations; or other activities as pre-approved by the pretrial services office or supervising officer, including but not limited to employment, religious services, medical necessities, substance abuse testing or treatment.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS**:

<u>Violation #3</u>: Mr. Hammer is alleged to be in violation of his pretrial release conditions by deviating from his approved leave schedule on March 12, 2021.

On February 24, 2021, Mr. Hammer's conditions of pretrial release were modified and he was placed on home detention. Mr. Hammer signed and acknowledged an understanding of his requirements to include special condition number 13.

On March 12, 2021, at 8:28 a.m. this officer received a text message from Mr. Hammer advising he stopped at the store near his home to "get a can of chew" before his Alcoholics Anonymous (AA) meeting. This officer advised Mr. Hammer this was not an approved stop. This officer reviewed Mr. Hammer's weekly leave schedule and the activity approved was from 7:30 a.m. to 9:30 a.m. leaving his home, traveling to the AA meeting and returning home. Mr. Hammer did not have an explanation regarding the deviation.

PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE VIOLATION WITH THE PENDING PETITION BEFORE THE COURT

| | | |
|---|---|---|
| | | I declare under the penalty of perjury that the foregoing is true and correct. |
| | | Executed on: March 12, 2021 |
| | by | s/Linda J. Leavitt |
| | | Linda J. Leavitt<br>U.S. Pretrial Services Officer |

**Re: Hammer, Anthony Ray**
**March 12, 2021**
**Page 2**

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the ca
[X]    Defendant to appear before the Magistrate Judge.
[ ]    Other

_____
Signature of Judicial Officer

3/12/2021
_____
Date