FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 02, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHONY RAY HAMMER,<br><br>Defendant. | No. 1:20-CR-02045-SAB-1<br><br>ORDER GRANTING DEFENDANT'S MOTION TO TEMPORARILY MODIFY CONDITIONS OF RELEASE AND MOTION TO EXPEDITE<br><br>**ECF Nos. 72, 73** |

Before the Court is Defendant's Motion to Modify Conditions of Release (ECF No. 72) and related Motion to Expedite (ECF No. 73). Neither the United States, nor the United States Probation/Pretrial Services Office oppose the request. Specifically, Defendant requests that the Court temporarily suspend Special Conditions No. 1 and 2, which require Defendant participate in a program of GPS location monitoring and subject him to home confinement, to allow him to engage in inpatient treatment. For the reasons set forth in the Motion;

**IT IS ORDERED:**

ORDER GRANTING DEFENDANT'S MOTION TO TEMPORARILY MODIFY CONDITIONS OF RELEASE AND MOTION TO EXPEDITE - 1

1. Defendant's Motion to Modify Conditions of Release (**ECF No. 72**) is **GRANTED**.

2. Defendant's Motion to Expedite (**ECF No. 73**) is **GRANTED**.

3. Special Condition No. 1 (**ECF No. 71**) shall be **SUSPENDED**.

4. Special Condition No. 2 (**ECF No. 71**) shall be **SUSPENDED**.

5. All other conditions of release shall remain in effect.

DATED July 2, 2021

<i>s/Mary K. Dimke</i><br>
MARY K. DIMKE<br>
UNITED STATES MAGISTRATE JUDGE