# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 22, 2021

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Hammer, Anthony Ray | Docket No. | 0980 1:20CR02045-SAB-1 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW  Linda J. Leavitt, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Anthony Ray Hammer, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke, sitting in the court at Yakima, Washington, on the 23rd day of December 2020, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS**:

Violation #1: Mr. Hammer is alleged to be in violation of his pretrial release conditions by consuming controlled substance, methamphetamine, between July 4, and July 8, 2021.

Conditions of pretrial release were reviewed and signed by Mr. Hammer on December 23, 2020, acknowledging an understanding of his requirements to include standard condition number 9.

On July 6, 2021, Mr. Hammer reported to the probation office and  a random urine sample was collected.  The sample tested presumptive positive for methamphetamine and was sent to Alere Toxicology Services for confirmation.  Results were received on July 21, 2021, confirming a positive reading for methamphetamine. It was noted on the toxicology report the specimen was dilute.

On July 8, 2021, Mr. Hammer reported to the probation office and submitted another random urine sample. The sample tested presumptive positive for methamphetamine and Mr. Hammer admitted he consumed methamphetamine on or about July 4, 2021. Mr. Hammer signed a drug use admission form and the urine sample was sent to Alere Toxicology Services for confirmation.  Results were received on July 19, 2021, confirming a positive reading for methamphetamine. It was noted on the toxicology report this specimen was also dilute.

On July 21, 2021, this officer requested an interpretation report from Alere Toxicology Services comparing the positive urine samples dated July 6 and July 8, 2021. Per the Director of Alere Toxicology Services, results reflect that Mr. Hammer's levels of methamphetamine in his urine samples increased between the July 6 and July 8, 2021, samples; therefore, Mr. Hammer continued to consume methamphetamine between July 4 and July 8, 2021.

PRAYING THAT THE COURT WILL ORDER A SUMMONS AT THIS TIME

| | | |
|---|---|---|
| | | I declare under the penalty of perjury that the foregoing is true and correct. |
| | | Executed on:   07/22/2021 |
| | by | s/Linda J. Leavitt |
| | | Linda J. Leavitt<br>U.S. Pretrial Services Officer |

PS-8

Re: Hammer, Anthony Ray
July 22, 2021
Page 2

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

*M. K. Dimke*

Signature of Judicial Officer

7/22/2021

Date