PROB 12C
(6/16)

Report Date: March 21, 2024

## United States District Court

#### for the

#### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 22, 2024

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Anthony Ray Hammer | Case Number: 0980 1:20CR02045-SAB-1 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮, Yakima, Washington 98908 | |

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: March 23, 2022

Original Offense:     Felon in Possession of Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(2)

| | |
|---|---|
| Original Sentence:     Probation - 60 months | Type of Supervision: Probation |
| Asst. U.S. Attorney:  Courtney Pratten | Date Supervision Commenced: March 23, 2022 |
| Defense Attorney:     Alex B. Hernandez, III. | Date Supervision Expires: March 22, 2026 |

### PETITIONING THE COURT

To issue a summons.

On March 28, 2022, probation conditions were reviewed and signed by Mr. Hammer, acknowledging his understanding of his conditions.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Mr. Hammer is alleged to have violated his probation conditions by consuming a controlled substance, methamphetamine, on or about March 16, 2024. |
| | On March 19, 2024, Mr. Hammer called this officer and admitted to relapsing on March 16, 2024. Mr. Hammer reported to the probation office on March 20, 2024, and explained he messed up by consuming methamphetamine on March 16, 2024, after he ran into an old friend at the store. |

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation contained in this petition.

Prob12C
**Re: Hammer, Anthony Ray**
**March 21, 2024**
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 21, 2024

s/Phil Casey

Phil Casey
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

*Stanley A. Bastian*

Signature of Judicial Officer

3/22/2024

Date