PROB 12C
(6/16)

Report Date: April 23, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 24, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Anthony Ray Hammer                Case Number: 0980 1:20CR02045-SAB-1

Address of Offender: ███████████████, Yakima, Washington 98908

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: March 23, 2022

Original Offense:    Felon in Possession of Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(2)

Original Sentence:    Probation - 60 months            Type of Supervision: Probation

Asst. U.S. Attorney:    Courtney Pratten            Date Supervision Commenced: March 23, 2022

Defense Attorney:    Alex B. Hernandez, III.            Date Supervision Expires: March 22, 2026

## PETITIONING THE COURT

To incorporate the alleged violation with the violation previously reported to the Court on March 21, 2024.

On March 28, 2022, probation conditions were reviewed and signed by Mr. Hammer, acknowledging his understanding of his conditions.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Mr. Hammer is alleged to have violated his probation conditions by consuming a controlled substance, methamphetamine, on or about April 19, 2024.

On April 22, 2024, Mr. Hammer reported to Merit Resource Services (Merit) for a random urinalysis.  The urinalysis tested presumptive positive for methamphetamine and was sent to the laboratory for confirmation.  Mr. Hammer told Merit staff and this officer he had not consumed methamphetamine.

On April 23, 2024, Mr. Hammer reported to the probation office and informed this officer that he did consume methamphetamine on April 19, 2024.

Prob12C
Re: Hammer, Anthony Ray
April 23, 2024
Page 2

The U.S. Probation Office respectfully recommends the Court incorporate the alleged violation with the violation previously reported to the Court on March 21, 2024. Mr. Hammer has a probation revocation hearing scheduled for April 30, 2024.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   April 23, 2024

s/Phil Casey

Phil Casey
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

*Stanley A. Bastian*

Signature of Judicial Officer

4/24/2024

Date